PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: JONES, Marvin            Cr.: 19-00926-001
                                                                              PACTS #: 5626533

Name of Sentencing Judicial Officer:    THE HONORABLE CLAIRE C. CECCHI
                                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/19/2020

Original Offense:     Possession with Intent to Distribute Cocaine

Original Sentence: 33 months imprisonment; 3 years supervised release; $100 special assessment

Special Conditions: 1) alcohol and drug testing/treatment; 2) refrain from any crime/threat group association; 3) participate/complete any programming; and 4) abide by any Court-ordered child support order

Type of Supervision: Supervised Release              Date Supervision Commenced: 03/05/2021

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

Violation Number      Nature of Noncompliance

    1                 On March 9, 2021 (four days after his release from custody), Jones submitted a urinalysis specimen which tested positive for THC/marijuana.

U.S. Probation Officer Action: The Probation Office will present this document to Jones. The noncompliance detailed within may be included in a violation report if the Probation Office deems fit and noncompliance continues.

                                                                      Respectfully submitted,

                                                                      SUSAN M. SMALLEY, Chief
                                                                      U.S. Probation Officer

                                                                      *Joseph Empirio*

                                                                      By:    JOSEPH EMPIRIO
                                                                            Senior U.S. Probation Officer

/ jae

Prob 12A – page 2
JONES, Marvin

APPROVED:

_____  03/23/2021
DONALD L. MARTENZ, JR.              Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No formal Court action to be taken at this time - Probation will present this document to the offender as a written reprimand issued under the authority of the Court *(PROBATION RECOMMENDED)*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

3/24/2021
Date