PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: JONES, Marvin                                    Cr.: 19-00926-001
                                                                    PACTS #: 5626533

Name of Sentencing Judicial Officer:    THE HONORABLE CLAIRE C. CECCHI
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/19/2020

Original Offense:    Possession with Intent to Distribute Cocaine

Original Sentence: 33 months imprisonment; 3 years supervised release; $100 special assessment

Special Conditions: 1) alcohol and drug testing/treatment; 2) refrain from any crime/threat group association; 3) participate/complete any programming; and 4) abide by any Court-ordered child support order

Type of Supervision: Supervised Release                Date Supervision Commenced: 03/05/2021

## STATUS UPDATE/SUMMARY

In April 2021, Jones was admitted into the New Jersey Department of Health Medical Marijuana Program. All pertinent supporting documentation including medical reports have been submitted and reviewed.

**U.S. Probation Office - Requested Action:** Probation would like Your Honor to be aware of the offender's admittance into this program and requests input pertaining to the drug testing/treatment special condition.

                                            Respectfully submitted,

                                            SUSAN M. SMALLEY, Chief
                                            U.S. Probation Officer

                                            *Joseph Empirio*

                                            By:   JOSEPH EMPIRIO
                                                  Senior U.S. Probation Officer

/ jae


APPROVED:

*Donald L. Martenz, Jr.*   09/20/2021
DONALD L. MARTENZ, JR./         Date
Supervising U.S. Probation Officer

Prob 12A – page 2
JONES, Marvin

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[☑] The Court APPROVES of the offender's admittance into the state's medical marijuana program and marijuana (THC) will be omitted from the drug-testing regiment.
[ ] The Court DOES NOT APPROVE of the offender's admittance into the state's medical marijuana program.

_____
Signature of Judicial Officer

October 13, 2021
_____
Date